No. D–346. IN RE DISBARMENT OF HOLLINGSWORTH. Disbarment entered. [For earlier order herein, see 461 U. S. 953.]

No. D–347. IN RE DISBARMENT OF ROCAP. Disbarment entered. [For earlier order herein, see 461 U. S. 953.]

No. D–365. IN RE DISBARMENT OF RAYBURN. It is ordered that Harry Newton Rayburn, Jr., of Jackson, Miss., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–366. IN RE DISBARMENT OF MCMURRAY. It is ordered that Joseph C. McMurray, of Juneau, Alaska, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–367. IN RE DISBARMENT OF TREUBER. It is ordered that William F. Treuber, of Smithtown, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–368. IN RE DISBARMENT OF GLASSCHROEDER. It is ordered that Allan F. Glasschroeder, of Milwaukee, Wis., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–369. IN RE DISBARMENT OF CANTAGALLO. It is ordered that Phillip John Cantagallo, of Ashtabula, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–370. IN RE DISBARMENT OF GOLDFARB. It is ordered that Carl Goldfarb, of Charlotte, N. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–371. IN RE DISBARMENT OF JONES. It is ordered that Harold B. Jones, of Midland, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40